IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FERNADO TAYLOR, *et al.*, :

    Plaintiffs, : Case No. 2:09-mc-60

v. : Judge Sargus

AMERICAN INFRASTRUCTURE : Magistrate Judge Abel
TECHNOLOGIES CORP.,
 :
    Defendant

ORDER

This case is a miscellaneous action to quash a subpoena. The Magistrate Judge issued an order on January 15, 2010, following a telephone conference with the parties, that disposes of the discovery issues in this case. Movant has made no objection to the order, there is apparently no other controversy at bar, and no party has responded to the order of February 10, 2010 requiring parties to show cause within eleven days why this case should not be closed. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

                                             2-24-2010
                                         United States District Judge